## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANE DALLALY, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>MICHAEL ASTRUE, )<br>Commissioner, Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-06-1040-F |

### ORDER

On May 17, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that the defendant's decision to deny plaintiff's application for supplemental security income be reversed and that the case be remanded for further administrative proceedings. Magistrate Judge Bacharach therein advised the parties of their right to object to the Report and Recommendation by June 6, 2007, and further advised the parties that failure to file a timely objection would result in waiver of the right to appeal the suggested ruling.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on May 17, 2007 (doc. no. 16) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of defendant, Michael Astrue, Commissioner of the Social Security Administration, is **REVERSED**, and this matter

is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

      DATED June 8, 2007.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1040p002(pub).wpd